# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| DARRYL COLBERT, )<br>    Plaintiff, )<br>vs. )<br> )<br>MIKE KEMNA, et al., )<br>    Defendants. ) | Case No. 07-6051-CV-SJ-FJG |

## ORDER

Pending before the Court are (1) Plaintiff's Request for Additional Time for Service (Doc. No. 7) and (2) Plaintiff's Counsel's Motion to Withdraw (Doc. No. 8). Plaintiff's counsel provided an <u>in camera</u> submission on Friday, November 2, 2007, detailing the specific reasons why continuing this case would pose an undue financial burden and why the Code of Professional Responsibility prevents him from continuing his representation of plaintiff. Based on the contents of the <u>in camera</u> submission, plaintiff's counsel's motion to withdraw (Doc. No. 8) is **GRANTED**.

Plaintiff is **DIRECTED** to obtain new counsel and have new counsel enter an appearance on or before **December 10, 2007**. If plaintiff fails to obtain licensed counsel by December 10, 2007, plaintiff should prepare to proceed pro se in this matter. If plaintiff proceeds pro se, appropriate forms will be sent to plaintiff by the prisoner pro se office of this Court. The Court will determine how much time plaintiff will be given to accomplish service after December 10, 2007.

The Clerk of the Court is directed to mail a copy of this Order by regular and certified mail to: Darryl Colbert, #514067, 8200 No More Victims Road, Jefferson City Correctional Center, Jefferson City, MO 65102

Dated: 11/6/07 .
Kansas City, Missouri.

/s/ FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
Chief United States District Judge